No. 42498.—Protest 988033–G of Louis Wolf & Co., Inc. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of opera glasses similar to those the subject of *Woolworth* v. *United States* (C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was sustained.

No. 42499.—Protests 789536–G/10500, etc., of S. H. Kress & Co. (New Orleans).

Opinion by EVANS, J. It was stipulated that the merchandise consists of inflatable rubber animals similar to those passed upon in Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

No. 42500.—Protests 992413–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel the harmonicas in question were held dutiable at 40 percent under paragraph 1541. Abstract 40586 followed.

No. 42501.—Protests 992392–G, etc., of Eugene B. Baehr & Son et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel the harmonicas in question were held dutiable at 40 percent under paragraph 1541. Abstract 40586 followed.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1939

No. 42502.—Protest 871607–G of May Co. (Cleveland).

Opinion by TILSON, J. It was agreed that the fish net in question was made by hand by tieing the knots which appear therein. On the authority of *Bullocks* v. *United States* (T. D. 47906) the claim at 40 percent under paragraph 923 was sustained.

No. 42503.—Protest 83232–G of R. H. Macy & Co. Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Amrein* v. *United States* (T. D. 49551) and *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) Normandy laces and dresses in part of lace, embroidered, were held dutiable at 75 percent under paragraph 1430 as claimed.